AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Hawaii____ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO.<br>Civil 03-00238DAE-LEK | DATE FILED<br>May 14, 2003 | U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII<br>300 Ala Moana Blvd. C-338 Honolulu HI 96850 |
|---|---|---|
| PLAINTIFF<br>TRI-STAR RESTAURANT GROUP IV, LLC, a Hawaii limited liability company dba Nick's Fishmarket and dba Nick's Fishmarket, Maui | | DEFENDANT<br>SEAFOOD RESTAURANTS, INC., a Hawaii corporation, PACIFIC RESTAURANT VENTURES, INC., a Hawaii corporation; K&S ENTERPRISES (USA) CORP., a Hawaii corporation; JOHN DOES 1-50, JANE DOES 1-50 AND DOE PARTNERSHIPS CORPORATIONS OR ENTITIES 1-50 dba Nick's Fishmarket |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,146,525 | March 24, 1998 | Harman-Nickolas Restaurant Group, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>SUE BEITIA | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>NOV 0 5 2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy